# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| DAVID NORRIS DAUGHTREY | § | |
| | § | |
| v. | § | Civil Action No. 4:16-CV-432 |
| | § | (Judge Mazzant/Judge Nowak) |
| ACTING COMMISSIONER OF SOCIAL | § | |
| SECURITY ADMINISTRATION | § | |

## MEMORANDUM OPINION AND ORDER

The Court, having reviewed Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt. #14) and Commissioner's Response (Dkt. #15), wherein Commissioner states it does not oppose and has no objection to the requested fee, finds that Plaintiff's Motion is well taken and should be granted. Accordingly,

It is therefore **ORDERED** that Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt. #14) is **GRANTED**, and the Commissioner is directed to pay Plaintiff five thousand, sixteen dollars and sixty-eight cents ($5,016.68) as reasonable attorney's fees, plus costs in the amount of four hundred dollars ($400.00), made payable to Plaintiff, such payment to be mailed to Plaintiff's counsel. This award is subject to administrative offset.

It is further **ORDERED** that any motion by Plaintiff for attorney's fees under the Social Security Act shall be filed within a reasonable time of a favorable agency decision.

**IT IS SO ORDERED**.
**SIGNED this 2nd day of October, 2017.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE